DEFT: Fabio Rojas Ruiz (J)# CASE NO: 00-4170-BSS
AUSA: Jeff Kay/Rawls ATTNY: Robin Farnsworth
AGENT: Hummel VIOL:
PROCEEDING: Initial Appearance BOND REC:
BOND HEARING HELD - yes/no COUNSEL APPOINTED: APD
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
JUL 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

√ - advised of charges
√ - sworn for counsel

Spanish Interp needed

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
(PTD)/BOND HEARING: 7-12-00 10:00 am BSS
PRELIM/ARRAIGN. OR REMOVAL: 7-17-00 11:00 am Snow
STATUS CONFERENCE:
DATE: 7-6-00 TIME: 11:00 am TAPE # 00-054 PG #
185-