FILED by D.C.
JUL 7 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55394-004

UNITED STATES OF AMERICA     )
           Plaintiff     )  Case Number: CR 00-4170-BSS
                         )  REPORT COMMENCING CRIMINAL
           -vs-          )  ACTION
                         )
FABIO ROJAS RUIZ         )
           Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office     MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-6-00 ___ am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PWID HEROIN

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 3-16-73

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-6-00   (9) Arresting Officer: _____

(10) Agency: DEA     (11) Phone: _____

(12) Comments: _____