| | | | |
|---|---|---|---|
| DEFT: | Fabio Ruiz (J)# | CASE NO: | 00-4170-BSS |
| AUSA: | Randy Hummell *present* | ATTNY: | FPD Robin Farnsworth |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing | BOND REC: | |

BOND HEARING HELD - yes /no/    COUNSEL APPOINTED:

BOND SET @ _300,000 Corp Surety w/ Nebbia_

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED
JUL 12 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

No Bond hrg- held
Both sides stipulate to a
$300,000 Corp Surety w/ Nebbia
reserving right to proceed
with a PTD hrg at a
later date.

(Circle One)
Interpreter Requested
No Interpreter
Not Known

(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | set 7-17-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 7-12-00    TIME: 10:00am    TAPE # 00-056    PG # 1
ends 12:00pm    12-85