RH:as

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6191-CR-DIMITROULEAS**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| FABIO RUIZ ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 6, 2000, in Broward County, in the Southern District of Florida, the defendant,

**FABIO RUIZ,**

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, in excess of 500 grams of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



**COUNT TWO**

From on or about July 5, 2000, to on or about July 6, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**FABIO RUIZ,**

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, in excess of 500 grams of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

Leonard Roth
FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

RANDY A. HUMMEL
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: FABIO RUIZ          No.:_____

Count # 1:

Possession with intent to distribute heroin; in violation of 21 U.S.C. § 841(a)(1)

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine


Count # 2:

Conspiracy to possess with intent to distribute heroin;

in violation of 21 U.S.C. § 841(a)(1) and 846

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine


Count # :


*Max Penalty:


Count #:


*Max Penalty:


Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

FABIO RUIZ                      **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
Court Division: (Select One)    New Defendant(s)      Yes ____   No ____
                                Number of New Defendants  ____
___ Miami   ___ Key West        Total number of counts    ____
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_       Petty      ____
   II   6 to 10 days      ____      Minor      ____
   III  11 to 20 days     ____      Misdem.    ____
   IV   21 to 60 days     ____      Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court?  (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____Yes____
   If yes:
   Magistrate Case No. _00-4170-SELTZER_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _7/6/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _x_ No  If yes, was it pending in the Central Region? ___ Yes _ No

                                    _____Randy A. Hummel_____
                                    RANDY A. HUMMEL
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 0973378

*Penalty Sheet(s) attached                                    REV.4/7/99