## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FABIO ROJAS RUIZ (J)         CASE NO: 00-~~4170-BSS~~  6191-cr-wpd

AUSA: JEFFREY KAY         ATTY: FPD

AGENT:         VIOL:

PROCEEDING: ~~PRELIM~~/ARRAIGNMENT         RECOMMENDED BOND:

BOND HEARING HELD - yes / no         COUNSEL APPOINTED:

BOND SET @:         To be cosigned by:

[FILED by D.C. JUL 17 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ___
- ❏ Travel extended to: ___
- ❏ Halfway House ___

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Required ✓
No Interpreter
Not Known
Spanish

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-1 | 11 | BSS | |

DATE: 7/17/00    TIME: 11:00    FTL/LSS TAPE # 00 - 638    Begin: 341    End: 367

