UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6191-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

FABIO ROJAS RUIZ



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JULY 17, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this__17TH__day of __~~AUGUST~~ July____,2000.

                                  CLARENCE MADDOX
                                  COURT ADMINISTRATOR/CLERK OF COURT

                                  By_____
                                       Deputy Clerk

                                  Tape No._____ 00- 038_____

cc: Copy for Judge
    U. S. Attorney

