DEFT: Fabio Rojas Ruiz (no deft)    CASE NO: 00-6191-CR-Dimitrouleas
AUSA: Jeff Kay / Bob Nickilson    ATTNY: FPD / Darryl Wilson
AGENT: _____    VIOL: Bob Berube
PROCEEDING: Status Conference    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
No pending motions
possible plea
2-3 days to try
Not ready

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 8-1-00    TIME: 11:00am    TAPE # 00-061 PG # 2
                                                2596-2600