UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6191-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

FABIO ROJAS RUIZ,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 1, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two to three days to try.

2. Defense counsel informed the Court that this case may possibly be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ___ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Jeffrey Kay, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant