RAH:hkp

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.    **00-6191-CR-DIMITROULEAS/Snow**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**FABIO ROJAS RUIZ,**

      **Defendant.**



## GOVERNMENT'S FIRST
## SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this First Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

A.  6.    The results of laboratory testing of the seized substance have been verbally provided to counsel for the United States. The reported results are 563 grams (net) of 88% pure Heroin. A typewritten lab report will be provided upon receipt by the undersigned Assistant United States Attorney.

                                        Respectfully submitted,

                                        GUY A. LEWIS
                                        UNITED STATES ATTORNEY

By:  _____
         RANDY A. HUMMEL
         Assistant United States Attorney
         Florida Bar No. 0973378
         500 E. Broward Boulevard, Suite 700
         Fort Lauderdale, Florida 33394
         Telephone: (954) 356-7255x3515
         Facsimilie: (954) 3456-7228
         E-Mail Address:
         (Randy.Hummel@justice.usdoj.gov)

