RAH:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6191-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

FABIO RUIZ
_____/

GOVERNMENT'S SECOND
SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America by and through the undersigned Assistant United States Attorney, hereby files this Second Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

A.  6.  The net weight of 563 grams was incorrect as listed in the First Supplemental Discovery Response. A typewritten lab report listing the correct net weight of 543.5 grams is attached.

                                        Respectfully submitted,

                                        GUY A. LEWIS
                                        UNITED STATES ATTORNEY

By: _____
                    RANDY A. HUMMEL
                    Assistant United States Attorney
                    Florida Bar No. 0973378
                    500 E. Broward Blvd., Suite 700
                    Fort Lauderdale, Florida 33394
                    Telephone: (954) 356-7255, Ext. 3520
                    Facsimile: (954) 356-7336
                    E-Mail: Randy.Hummel@justice.usdoj.gov



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of August, 2000 to Robert Berube, Esq., Federal Public Defender's Office, 101 NE Third Avenue, Suite 202, Ft. Lauderdale, FL

RANDY A. HUMMEL
Assistant United States Attorney

P64706

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

U.S. Department of Justice / Drug Enforcement Administration

| 1. HOW OBTAINED (Check): ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | 2a. FILE NO. GS-00-0151 | 2b. PROGRAM CODE API-100 | 3. G-DEP ID UCH1D |
|---|---|---|---|
| 4a. WHERE OBTAINED (City, State/Country) Fort Lauderdale, FL, USA | 4b. DATE OBTAINED 07/06/00 | 5. FILE TITLE USCATEGUI, Hildebrando | |
| 6a. REFERRING AGENCY (Name) N/A | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No. No. N/A | 7. DATE PREPARED 07/06/11 | 8. GROUP NO. 1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | 2000108216 | Heroin | 81 multi-colored pellets wrapped with brown packing tape | 767.6 | 767.6 Gram | 0 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES

REMARKS:
On 07/06/00, Exhibit 1 was seized by Detective Jose Interian, from Fabio RUIZ at the Fort Lauderdale/Hollywood International Airport. On 07/06/00, Det. Interian reliquished custody of Exhibit 1 to GS Bruce E. Baldwin, who transported and secured Exhibit 1 at the Fort Lauderdale DO as witnessed by SA Troy Mihok. On 07/06/00, SA Noble Harrison removed Exhibit 1 from its secured location at the Fort Lauderdale DO and processed Exhibit 1 into evidence as witnessed by SA Robert Shinn. Exhibit 1 was subsequently transported to the DEA Southeast Regional Laboratory for analysis.

17. SUBMITTED BY SPECIAL AGENT (Signature): SA Noble Harrison
18. APPROVED BY (Signature & Title): [signature] Group Supervisor 7/6/00

## LABORATORY EVIDENCE RECEIPT REPORT

19. NO. PACKAGES: 1 HSEE ?
20. RECEIVED FROM (Signature & Date): [signature] 7-10-00
21. Print or Type NAME and Title: DEAN WOLPERT S/A
22. SEAL: ☐ Broken ☒ Unbroken
23. RECEIVED BY (Signature & Date): [signature] 7-10-2000
24. Print or Type NAME and Title: Evid Tech

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS:

Exhibit 1 contains heroin hydrochloride.
Gross Wt: 768.5g     Net Wt: 543.5g

One gram removed for special program.

114166

amp 8/7/00

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 114166 | heroin hydrochloride | 88 | % | | | 539.5g |

| 34. ANALYST (Signature) Alexandra Gongora 8/7/2000 | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 8/4/00 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) [signature] 8/8/2000 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, FL |

DEA Form -7- (Sept. 1995)     Previous edition dated 4/90 may be used until stock is exhausted.     1 - Prosecution