**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
AUG 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

CASE NUMBER: 00-6191-CR-WPP   DATE: August 15, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Fabio Ruiz

U.S. ATTORNEY: Randy Hummel   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Dft sworn and questioned by the Court. Dft to enter Guilty plea to Count 2. Gvt agrees to dismiss Count 1 @ time of sentencing.

JUDGMENT: _____

CASE CONTINUED TO: 10/27/00   TIME: 11:30   FOR: Sentencing
MISC: Written plea agreement filed.

