UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 006191-CR-DIMITROULEAS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FABIO RUIZ-ROJAS,

    Defendant.

_____/

### DEFENDANT'S RUIZ-ROJAS SUBMISSION, CHARACTER REFERENCE LETTER

The Defendant, Fabio Ruiz-Rojas, through counsel submits the attached character reference letter for consideration prior to sentencing.

WHEREFORE, the Defendant, Fabio Ruiz-Rojas through counsel, is prepared to proceed to sentencing on Friday, October 27, 2000.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
                Robert N. Berube
                 Supervisory Assistant
                Federal Public Defender
                Florida Bar No. 304247
                Attorney for Defendant
                101 N.E. 3rd Avenue, Suite 202
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23 day of October, 2000, to Randy Hummel, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube

Miami, Septiembre 27 del 2000

Señor
JUEZ

MONICA BARRIOS ESCALANTE, de 25 años de edad y FABIO ANDRES RUIZ BARRIOS de 4 años en calidad de esposa e hijo del señor FABIO RUIZ ROJAS, muy respetuosamente me dirijo ante ud., para expresarle mis sentimientos y a la vez conozca un poco mas a fondo la vida del hombre que hoy se encuentra ante ese tribunal.

Soy casada hace 5 años con Fabio y lo puedo catalogar como un esposo excepcional y padre ejemplar, venimos de unas familias de muy buenos principios morales ya que en nuestro país ninguno de nuestro nucleo familiar de las dos partes ha tenido que vivir lo que en este momento estamos padeciendo.

Senor Juez mire a este hombre aún muy joven, mírelo en la calidad humana, que por lo tal somos débiles y cada día cometemos erreros de menor o mayor tamaño pero al fin al cabo errores, y por los espejismos que nos promete este mundo, muchas veces nos dejamos deslumbrar y arrastrar sin analizar las consecuencias, porque nunca se nos muestra la otra cara de la moneda, la dura y cruel que es la que tenemos en este momento.

Señor Juez les pido perdón a usted y a toda su nación en nombre de todos nosotros por lo que él en un determinado momento de su vida hizo, pero también le pido que lo juzgue con clemencia porque ha sido una persona buena que nunca tuvo ningun problema en nuestro país y su hoja de vida fue intachable.

Dios imparte justicia en el cielo y EL le dio a usted el don de impartirla aquí en la tierra; así como a ese DIOS todos los días le pedimos tantas cosas, Hoy le pido a ud., en la calidad humana que hay detras de esa coraza que tenga piedad para con nosotros porque mi esposo arrasó a mi hijo y a mi con su problema.

AYUDANOS ya que somos extranjeros y lo único que tengo aquí es mi esposo, mi hijo y Dios. Pero mi corazón no me permite dejarlo solo, ya que el día que fuimos al altar hice un compromiso ante el TODO PODEROSO de amarlo en la felicidad y en el dolor y ambos seriamos una sola carne. Estoy tan lejos de mi patria, mis seres queridos y nunca pense que al venir aquí me iba a encontrar con la etapa mas dura de mi vida. Ayudame para brindarle a mi hijo Fabio Andres un mejor mañana.

Señor Juez, no es valiente el que nunca ha caído, es valiente aquel que se cae y vuelve a levantarse ante todas las adversidades de la vida- AYUDANOS para que nosotros no naufraguemos en este mar abierto . Ayúdanos para tener una nueva esperanza y continuar nuestra vida de pareja feliz.

En nombre de mi hijo y el mío propio le agradezco por escucharme y que el Dios del cielo lo ilumine y bendiga siempre.

GRACIAS.

*Monika Barrios Escalante*
MONICA BARRIOS ESCALANTE

*Fabio A. Reyes*
FABIO ANDRES RUIZ BARRIOS

| TRANSLATION FROM SPANISH INTO ENGLISH |
| --- |

Miami, September 27, 2000

Your Honor

I, MONICA BARRIOS ESCALANTE, 25 years of age and FABIO ANDRES RUIZ BARRIOS, 4 years of age, as wife and son of Mr. FABIO RUIZ ROJAS, respectfully address you in order to express my feelings and at the same time so you have a deeper knowledge of the life of the man who today stands before your court.

I have been married to Fabio for 5 years and I can classify him as an exceptional husband and exemplary father. We come from a family of very good moral principles since in our country none of the members of both our family nucleus have had to endure what we are living through at this moment.

Your Honor, look at this man, still very young, look at him as a human being, who as such are weak and each day commit errors be it small or big, but errors just the same, and who, because of the optical illusions this world promises us, allow themselves many times to be dazzled and dragged without analyzing the consequences, because we are never shown the other face of the coin, the harsh and cruel side which is what is with us now.

Your Honor, I ask forgiveness of you and your entire nation on behalf of all of us for what he did at a specific time in his life, but I also ask you to judge him with mercy because he has always been a good person who never had problems in our country and whose life has been unblemished.

God imparts justice in heaven and He gave you the gift to impart it here on earth; just as we ask this God, day after day for so many things, I am asking you today, appealing to that human quality that exists behind that heart, that you to take pity on us because my husband has destroyed my son and I with his problem.

HELP US, we are foreigners and the only thing I have here is my husband, my son, and God. But my heart won't allow me to leave him alone, since the day we went before the altar I made a promise before the ALMIGHTY to love him in happiness and in pain and both of us would become of one flesh. I am so far away from my country, my loved ones, and I never thought that when I came here I was going to find myself in the hardest stage of my life. Help me to offer my son Fabio Andres a

## TRANSLATION FROM SPANISH INTO ENGLISH

better tomorrow.

Your Honor, he who has never fallen is not the brave one; the brave one is he who falls and rises again before all adversities in life. HELP US so we are not shipwrecked in this open sea. Help us so we may have renewed hope and continue our life as a happy couple.

On behalf of my son and myself, I thank you for having listened to me and may the God of heavens enlighten and bless you always.

THANK YOU.

/s/

MONICA BARRIOS ESCALANTE

/s/

FABIO ANDRES RUIZ BARRIOS

S:\BERUBE\TRANSLAT\BB Fabio Ruiz Rojas-wife.wpd