**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6191-Cr-WPD   DATE: October 27, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Fabio Ruiz

U.S. ATTORNEY: Randy Hummel   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
37 months BOP, 5 years supervised release, no fine, $100.00 assessment.

Court finds safety valve is applicable. Court recommends designation to a Florida facility & that deft receive drug treatment while in prison.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft informed of Right to Appeal.