# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA

v.

**FABIO RUIZ**

FILED by _____ D.C.

OCT 2 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06191-001**

Robert Berube, AFPD/Randy Hummel, AUSA

Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)  **2**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| **Title & Section** | **Nature of Offense** | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent to Distribute in Excess of 500 grams of Heroin | 07/06/2000 | 2 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **1** _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **03/16/1973**

Defendant's USM No.: **55394-004**

Defendant's Residence Address:

**Federal Detention Center**

**33 NE 4th Street**

**Miami**

Defendant's Mailing Address:

**Federal Detention Center**

**33 NE 4th Street**

**Miami                    FL          33132**

Certified to be a true and correct copy of the document on file
Clarence Maddox, clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/27/00

10/27/2000

Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

October 27, 2000

Date

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

DEFENDANT:       **FABIO RUIZ**

CASE NUMBER:     **0:00CR06191-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___37___ ___month(s)___ .

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility in the state of Florida and that he receive drug treatment while in prison.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____11-14-00_____ to _____FCI_____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal