UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

        Respondent,

v.                              Case No. 00-6191-CR
                                       DIMITROULEAS

**FABIO RUIZ,**

        Petitioner.
_____/

### MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(e)

Comes now Fabio Ruiz, acting pro se and moves this Honorable Court pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure for the return of seized property and states as follows:

JURISDICTIONAL STATEMENT

This Court has ancillary jurisdiction pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure to order that the respondents return all non-contraband items seized from the movant herein.

FACTS OF THE CASE IN RELEVANT PART

On or about July 6, 2000, the Petitioner was arrested by officers of the Broward County Domestic Interdiction Unit for the reasons in this case. Movant subsequently pled guilty, no criminal and/or civil forfeiture of the Petitioner's personal property was ordered to be, nor sought to be forfeited to the United States of America and any such and any such forfeiture was no in accordance with procedural and or procedural due process of law.

Petitioner seeks the return and or just compensation under the Tucker Act for the items listed below:

-Colombian Passport

-1-

-Colombian Driver License

ARGUMENT IN SUPPORT THEREOF

Petitioner relies upon **United States v. Wright**, 610 F.2d 930 (1979) and **United States v. Wilson**, 540 F.2d 1100 (1976) and cases cited therein. The Petitioner counters that, generally, seized property, other than contraband items, should be returned to its rightful owner once the criminal proceedings have terminated.

This Court has post-conviction jurisdiction on motion to order the return of property lawfully seized pursuant to a federal warrant, see **United States v. Martinez**, 241 F.3d 1329 (11th Cir. 2001); however no warrant was issued to seize the above items Petitioner seeks returned.

**WHEREFORE**, premises considered, Petitioner seeks that the government return all items seized and processed during the arrest and processing of the movant/Petitioner fortwith.

Dated: January 24, 2002

RESPECTFULLY SUBMITTED,

Fabio Ruiz
Petitioner

CERTIFICATE OF SERVICE

I, Fabio Ruiz, hereby certify that on this 24TH day of January, 2002, I mailed a true and correct copy of the foregoing

MOTION FOR THE RETURN OF SEIZED PROPERTY PURSUANT TO RULE 41(e)

to the following individuals:

>Mr. Randy Hummel
>500 East Broward Blvd., 7th Floor
>Fort Lauderdale, FL 33394

by way of the U.S. Postal Service, postage pre paid.

Fabio Ruiz
Petitioner