UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO. 00-6191-CR-DIMITROULEAS

Plaintiff,

vs.

FABIO RUIZ,

Defendant.
_____/

FILED by ____ D.C.
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having come before this Court on Defendant's pro se January 24, 2002 Motion For Return of Property, and the Court noting that no proposed order, as required by Local Rule 7.1A12 was provided, nevertheless, the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of January, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD

Randy Hummel, AUSA

Fabio Ruiz
c/o FCI Coleman - Low
846 N.E. 54th Terrace
Coleman, FL 33521-8999

