UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FABIO RUIZ,

    Defendant.

_____/

CASE NO. 00-6191-CR-DIMITROULEAS

FILED by _____ D.C.

FEB 0 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before this Court on Defendant's <u>pro se</u> January 24, 2002 Motion For Return of Property [DE-29], and the Court having received a February 5, 2002 Response from the Government, said motion is Denied since the property has evidentiary value to the Government. However, should Defendant be deported, the passport/drivers license shall be returned at the time of removal; should a deportation be requested and denied, the passport/drivers license should be returned at that time.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6 day of February, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD

Randy Hummel, AUSA



Fabio Ruiz
c/o FCI Coleman - Low
846 N.E. 54th Terrace
Coleman, FL 33521-8999