UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6191-CR-DIMITROULEAS

    Plaintiff,

vs.

FABIO RUIZ,

    Defendant.
_____/



FILED by _____ D.C.
JUN 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before this Court on Defendant's pro se June 3, 2002 Motion For Reduction of Sentence, and the Court having received a June 13, 2002 Response from the Government, said motion is Denied since the amendment to the guidelines did not change the law in the Eleventh Circuit as set forth in U.S. v. DeVaron, 175 F. 3d 930 (11th Cir. 1999)(en banc), See U.S. v. Boyd, 2002 W.L. 1011336 (11th Cir. May 20, 2002).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of June, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Randy Hummel, AUSA

Fabio Ruiz
c/o FCI Coleman - Low
P.O. Box 1031
Coleman, FL 33521-1032

